IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA J. BRUNDO, ) | |
| ) | Case No. 8:04cv209 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CHRIST THE KING CHURCH, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the court on its own motion to reschedule the October 17, 2005 final pretrial conference.

**IT IS ORDERED:**

1. The final pretrial conference is rescheduled to **Friday, October 14, 2005 at 9:00 a.m.,** before the undersigned magistrate judge in Courtroom 6, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 2nd day of August 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge