IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA JANE MRZLAK BRUNDO, Ed.D., <br><br> Plaintiff, <br><br> v. <br><br> CHRIST THE KING CHURCH, et al., <br><br> Defendants. | 8:04cv209 <br><br> ORDER |

This matter is before the court on filing nos. 68 and 70, the Motions for Leave to File Reply Briefs filed by the plaintiff, Barbara Jane Mrzlak Brundo. Filing nos. 68 and 70 are granted, and the plaintiff's Reply Briefs shall be filed by no later than September 21, 2005.

SO ORDERED.

DATED this 14th day of September, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge